UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIANA BACK,

      Ms. Back

   v.

MELINDA TROY, NICOLLE MELANIE
ALLEN AND FARIYDA MULRAIN, AS
MEMBERS OF THE MASSACHUSETTS
CONTRIBUTORY RETIREMENT APPEAL
BOARD,

      Defendants

DOCKET No. 1:25-CV-12639-DJC

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties

hereto stipulate to the dismissal of the above-entitled action.

/s/ David R. Marks
David R. Marks (BBO No. 548982)
Assistant Attorney General
Office of the Attorney General
Constitutional and Administrative Law
Division
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
David.Marks@mass.gov

/s/*Richard D. Glovsky*
Richard D. Glovsky (BBO# 195820)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue
Boston, MA 02199
617-239-0100
Richard.glovsky@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was served on all parties on January 21, 2026
through the ECF e-filing system.

/s/*Richard D. Glovsky*
Richard D. Glovsky